Certificate Number: 05781-FLS-DE-041219518

Bankruptcy Case Number: 26-18954



05781-FLS-DE-041219518

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 17, 2026, at 5:43 o'clock PM PDT, Bryce Hutchinson completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Florida.

Date:   July 17, 2026                    By:      /s/Allison M Geving

Name:   Allison M Geving

Title:   President